IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60162
Summary Calendar
_____

MARIO A. CUC,

                                        Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A74 291 809
--------------------
October 23, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

Mario Alvaran Cuc petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum and for withholding of deportation. He argues that a reasonable fact-finder would be compelled to conclude that his fear of persecution is well-founded. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence and that the evidence in the record does not compel a contrary conclusion. See INS v. Elias-Zacarias, 502

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 478, 483-84 (1992); <u>Mikhael v. INS</u>, 115 F.3d 299, 302 (5th Cir. 1997).  Accordingly, the petition for review is DENIED.